ROME INSURANCE COMPANY, A GEORGIA CORPORATION, AND OTHERS, *Appellants*, v. B. F. CARTER, *Appellee.*

Opinion Filed December 9, 1913.

Appealed from Circuit Court of Hamilton County; Mallory F. Horne, Judge.

PER CURIAM.—This case cannot be distinguished from that of Rome Insurance Co. v. J. H. Corbett, this day decided, and upon the opinion therein, the order herein appealed from is affirmed.

All concur.